*In re* LOURDES RODRÍGUEZ VILLALBA.

*Número:* AB-2002-137        *Resuelto:* 1ro de marzo de 2004

*Lourdes Rodríguez Villalba*, peticionaria.

## RESOLUCIÓN

Vista la Moción en Auxilio de Jurisdicción, presentada por la peticionaria Lourdes Rodríguez Villalba, en la que solicita su reinstalación a la práctica de la profesión de la abogacía, se declara "con lugar". Se ordena la reinstalación inmediata de ésta a la profesión.

*Notifíquese por teléfono y por vía ordinaria, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*